IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tracy Cooper & Erica Goree, | ) | |
| | ) | No. 22-cv-5761 |
| *Plaintiffs* | ) | |
| | ) | *(Judge Gettleman)* |
| -vs- | ) | |
| | ) | |
| City of Chicago, et al. | ) | |
| | ) | |
| *Defendants* | ) | |

## ORDER ON MOTION TO APPOINT
## SPECIAL ADMINISTRATOR FOR DECEASED PLAINTIFF

Motion to Appoint Special Administrator for Deceased Plaintiff [58] is granted. The Court appoints Rickey Walker as Special Administrator of the Estate of Erica Goree.

Dated: September 5, 2025

Robert W. Gettleman
United States District Judge